# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147182-3(53)

BARRY MOON and LORI MOON,
        Plaintiffs-Appellants,

v

OCWEN LOAN SERVICING, L.L.C.,
        Defendant-Appellee.

_____

SC: 147182
COA: 308529
Ingham CC: 11-000215-CH

BARRY MOON and LORI MOON,
        Plaintiffs-Appellants,

v

FEDERAL HOME LOAN MORTGAGE CORP,
        Defendant-Appellee.

_____/

SC: 147183
COA: 311330
Ingham CC: 12-000009-CH

      On order of the Chief Justice, the motion of plaintiffs-appellants to extend the time to file their reply in support of the applications for leave to appeal is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2013



Clerk